









SEC

CROW

RYC   10/30/97   10:52
3:96-CV-01661
*21*
*DECL.*

1  JAMES L. SANDERS, CAL. BAR NO. 126291
   MICHAEL J. ST. DENIS, CAL. BAR NO. 147952
2  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   333 South Hope Street, 48th Floor
3  Los Angeles, California 90071
   Telephone: (213) 620-1780

4
   FRANK J. JOHNSON, CAL. BAR NO. 174882
5  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   501 W. Broadway, 19th Floor
6  San Diego, California 92101-3505
   Telephone: (619) 338-9100
7
   Attorneys for Defendant
8  MICHAEL W. CROW

9

10

11                 UNITED STATES DISTRICT COURT

12               SOUTHERN DISTRICT OF CALIFORNIA

13

14  SECURITIES AND EXCHANGE          )  Case No. 96-1661 S CM
    COMMISSION,                      )
15                                   )  DECLARATION OF JAMES L. SANDERS
                       Plaintiff,    )  IN SUPPORT OF MOTION TO STAY
16                                   )
         v.                          )  Date:       December 15, 1997
17                                   )  Time:       10:30 a.m.
    MICHAEL W. CROW AND              )  Courtroom:  Hon. Edward J. Schwartz
18  PETER F. KUEBLER,                )
                                     )
19                     Defendants.   )
                                     )
20                                   )
                                     )
21                                   )
                                     )
22                                   )
                                     )
23                                   )

24

25

26

27

28

1    I, James L. Sanders, declare:

2

3        1.    I am a partner in the firm of Sheppard, Mullin,

4    Richter & Hampton ᴸᴸᴾ and am licensed to practice law in the State

5    of California.   I am one of the attorneys for Michael Crow in the

6    case entitled <u>Securities and Exchange Commission v. Michael Crow</u>

7    <u>and Peter Kubler</u>, Case No. 96-1661 S CM.   I have personal knowledge

8    of the facts set forth herein, and if called to do so, could and

9    would testify competently as follows.

10

11        2.    Attached hereto as Exhibit A is a true and correct

12   copy of a letter dated April 8, 1996 from the U.S. Attorney's

13   Office for the Southern District of California informing Michael

14   Crow that he is the target of a federal criminal investigation.

15

16        3.    On October 28, 1997, I spoke with Assistant United

17   States Attorney William Q. Hayes of the United States Attorney's

18   Office for the Southern District of California concerning the

19   status of the investigation of Michael Crow.   Mr. Hayes informed

20

21

22

23

24

25

26

27

28

1 | me that the criminal investigation of Mr. Crow was an active

2 | investigation in the U.S. Attorney's Office.

3 |

4 |     I declare under penalty of perjury under the laws of the

5 | State of California that the foregoing is true and correct.

6 |

7 |     Signed at Los Angeles, California, this 28th day of

8 | October, 1997.

9 |

10 |                                         JAMES L. SANDERS





**U.S. Department of Justice**

*Alan D. Bersin*
United States Attorney
Southern District of California

*William Q. Hayes*                                    *(619) 557-5141*
*Assistant United States Attorney*                    *Fax (619) 557-7055*

*San Diego County Office**                            *Imperial County Office*
*Federal Office Building*                             *321 South Waterman Avenue*
*880 Front Street, Room 6293*                         *Room 204*
*San Diego, California 92101-8893*                    *El Centro, California 92243-2215*

April 8, 1996

Michael W. Crow
712 Vanitie Court
San Diego, CA 92109

Dear Mr. Crow:

    This letter is to advise you that you are now a target of a federal grand jury investigation in this district into wire fraud, mail fraud, conspiracy, money laundering, securities fraud and other matters, in possible violation of federal criminal law.

    If you are interested in appearing before the grand jury to testify, please have your attorney contact me so that we can discuss a mutually convenient date and time.  Please understand that a decision by you to testify will be completely voluntary decision by you and that your testimony could be used against you if any criminal charges should be returned against you.

    If I do not hear from your attorney, I will assume that you do not wish to testify.

                          Very truly yours,

                          ALAN D. BERSIN
                          United States Attorney

                          WILLIAM Q. HAYES
                          Assistant U.S. Attorney

cc:  Patrick Sullivan, Esq.

SECURITIES AND EXCHANGE COMMISSION v. MICHAEL W. CROW and PETER F. KUEBLER; UNITED STATES DISTRICT COURT, CASE NO. 96-1661 S CM

## PROOF OF SERVICE BY MAIL

I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of 18 years and not a party to the within action or proceeding. My business address is Sheppard, Mullin, Richter & Hampton LLP, 501 West Broadway, 19th Floor, San Diego, California 92101-3598, which is located in the county in which the within-mentioned mailing occurred. I am readily familiar with the practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence will be deposited with the United States Postal Service on the same day in the ordinary course of business.

On October 29, 1997, I served the following document(s):

NOTICE OF MOTION AND MOTION FOR STAY;

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO STAY;

DECLARATION OF JAMES L. SANDERS IN SUPPORT OF MOTION TO STAY; and

[PROPOSED] ORDER RE MOTION FOR STAY

by placing __X__ a true copy ____ the original in a separate envelope for each addressee named below, with the name and address of the persons served shown on the envelope as follows:

James A. Howell, Esquire
Aimee Dominguez-Silvers, Esquire
Securities and Exchange Commission
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90036

Mr. Peter F. Kuebler
616 Crest Drive
Encinitas, CA 92024

and by sealing the envelope and placing it in the appropriate location at my place of business for collection and mailing with postage fully prepaid in accordance with ordinary business practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on October 29, 1997, at San Diego, California.

SANDY ARD