USDC SCAN INDEX SHEET







SEC

CROW

TB    12/18/97    16:01
3:96-CV-01661
*23*
*STIPO.*

Elaine M. Cacheris (Cal. Bar No. 101605)
Sandra J. Harris (Cal. Bar No. 134153)
James A. Howell (Cal. Bar No. 92721)
Aimee Dominguez Silvers (Cal. Bar No. 145106)

Attorneys for Plaintiff
Securities and Exchange Commission
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036-3648
(213) 965-3998

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL W. CROW and PETER F. KUEBLER,<br><br>　　　　Defendants. | Case No. 96-CV-1661 S (CGA)<br><br>STIPULATION EXTENDING DISCOVERY DEADLINES AND [PROPOSED] ORDER THEREON |

　　　　Plaintiff Securities and Exchange Commission ("Plaintiff Commission"), Defendant Michael W. Crow ("Defendant Crow") and Defendant Peter F. Kuebler ("Defendant Kuebler") hereby stipulate and agree as follows:

### RECITALS

　　　　A.　　On or about January 21, 1997, the Court filed a Case Management Conference Scheduling Order (the "Order"). In the Order, the Court set forth certain dates by which the parties were to complete discovery and trial preparations.

　　　　B.　　The parties have conducted, and continue to conduct, discovery and have exchanged expert witness designations as required by the Order.

*




C. On or about August 25, 1997, the Court extended the time within which the parties are to complete discovery to January 30, 1998.

D. On or about October 28, 1997, Defendant Crow filed a motion to stay the action pending the U.S. Attorney's decision regarding whether or not it will proceed against Defendant Crow.

E. The parties desire a continuance of the discovery and trial preparation cut off dates currently set in this action because the parties desire additional time to permit (1) the U.S. Attorney to determine whether or not it will proceed against Defendant Crow; (2) the parties to further consider Defendant Crow's pending motion to stay in light of the U.S. Attorney's decision; and (3) the parties to complete all non-expert witness depositions, all currently calendared, prior to the hearing date for the pending motion to stay presently set for December 15, 1997.[1]

## STIPULATION

It is hereby stipulated and agreed by and between Plaintiff Commission and Defendants Crow and Kuebler, and each of them, as follows:

    a. The hearing on Defendant Crow's pending motion to stay, currently set for December 15, 1997, shall be continued to February 2, 1998 at 10:30 a.m. in Courtroom 4. Defendant Crow may serve and file supplemental points and authorities on or before January 5, 1998. Plaintiff SEC shall serve and file opposing papers on or before January 16, 1998. Defendant Crow shall serve and file reply papers on or before January 26, 1998.

    b. All discovery shall be completed by all parties on or before March 27, 1998.

    c. The last date on which to calendar other pretrial motions with the Court shall be April 10, 1998.

---

[1] Plaintiff Commission agrees to take Defendant Crow's deposition after the hearing of (and ruling on) Defendant Crow's motion to stay, to be set for January 26, 1998.

d.      A Mandatory Settlement Conference shall be held with Magistrate Judge Aaron on March 9, 1998, at 2:00 p.m. in Courtroom B.[2]

                e.      The hearing date for both Plaintiff Commission's and Defendant Crow's cross motions for summary judgment shall be April 27, 1998 at 10:30 a.m. in Courtroom 4. The last day for the parties to serve and file moving, opposition and reply papers shall be: (1) moving papers -- March 30, 1998, (2) opposition papers -- April 13, 1998 and (3) reply papers -- April 20, 1998.

                f.      The pretrial hearing, pursuant to Local Rule 16.1(f), shall be held on May 11, 1998, at 10:30 a.m. in Courtroom 4.

Dated:     November 21, 1997                  *(signature)*
                                               Aimee Dominguez-Silvers
                                               Attorney for Plaintiff Securities
                                               and Exchange Commission

Dated:     November ___, 1997                  _____
                                               Jim Sanders
                                               Attorney for Defendant Michael W. Crow

Dated:     November ___, 1997                  _____
                                               Peter F. Kuebler
                                               Pro Se Defendant

---

[2] This date and time are acceptable to Judge Magistrate Aaron.

d. A Mandatory Settlement Conference shall be held with Magistrate Judge Aaron on March 9, 1998, at 2:00 p.m. in Courtroom B.[2]

e. The hearing date for both Plaintiff Commission's and Defendant Crow's cross motions for summary judgment shall be April 27, 1998 at 10:30 a.m. in Courtroom 4. The last day for the parties to serve and file moving, opposition and reply papers shall be: (1) moving papers -- March 30, 1998, (2) opposition papers -- April 13, 1998 and (3) reply papers -- April 20, 1998.

f. The pretrial hearing, pursuant to Local Rule 16.1(f), shall be held on May 11, 1998, at 10:30 a.m. in Courtroom 4.

Dated: November ___, 1997

_____
Aimee Dominguez-Silvers
Attorney for Plaintiff Securities
and Exchange Commission

Dated: November 26, 1997

/s/ Jim Sanders
_____
Jim Sanders
Attorney for Defendant Michael W. Crow

Dated: November ___, 1997

_____
Peter F. Kuebler
Pro Se Defendant

---

[2] This date and time are acceptable to Judge Magistrate Aaron.

1       d.      A Mandatory Settlement Conference shall be held with Magistrate Judge Aaron on March 9, 1998, at 2:00 p.m. in Courtroom B.[2]

        e.      The hearing date for both Plaintiff Commission's and Defendant Crow's cross motions for summary judgment shall be April 27, 1998 at 10:30 a.m. in Courtroom 4. The last day for the parties to serve and file moving, opposition and reply papers shall be: (1) moving papers -- March 30, 1998, (2) opposition papers -- April 13, 1998 and (3) reply papers -- April 20, 1998.

        f.      The pretrial hearing, pursuant to Local Rule 16.1(f), shall be held on May 11, 1998, at 10:30 a.m. in Courtroom 4.

Dated:  November ___, 1997

_____
Aimee Dominguez-Silvers
Attorney for Plaintiff Securities
and Exchange Commission

Dated:  November ___, 1997

_____
Jim Sanders
Attorney for Defendant Michael W. Crow

Dated:  ~~November ___, 1997~~
        December 8, 1997

_/s/ Peter Kuebler_____
Peter F. Kuebler
Pro Se Defendant

---

[2] This date and time are acceptable to Judge Magistrate Aaron.

## ORDER

IT IS HEREBY ORDERED that the Court's Case Management Scheduling Order, filed January 21, 1997, and Order Extending Discovery Deadlines, dated August 25, 1997, are revised as follows:

a. The hearing on Defendant Crow's pending motion to stay, currently set for December 15, 1997, shall be continued to February 2, 1998 at 10:30 a.m. in Courtroom 4. Defendant Crow may serve and file supplemental points and authorities on or before January 5, 1998. Plaintiff SEC shall serve and file opposing papers on or before January 16, 1998. Defendant Crow shall serve and file reply papers on or before January 26, 1998.

b. All discovery shall be completed by all parties on or before March 27, 1998.

c. The last date on which to calendar other pretrial motions with the Court shall be April 10, 1998.

d. A Mandatory Settlement Conference shall be held with Magistrate Judge Aaron on March 9, 1998, at 2:00 p.m. in Courtroom B.

e. The hearing date for both Plaintiff Commission's and Defendant Crow's cross motions for summary judgment shall be April 27, 1998 at 10:30 a.m. in Courtroom 4. The last day for the parties to serve and file moving, opposition and reply papers shall be: (1) moving papers -- March 30, 1998, (2) opposition papers -- April 13, 1998 and (3) reply papers -- April 20, 1998.

f. The pretrial hearing, pursuant to Local Rule 16.1(f), shall be held on May 11, 1998, at 10:30 a.m. in Courtroom 4.

Date: DEC 16 1997

Hon. Edward J. Schwartz
Judge of the District Court

## CERTIFICATE OF SERVICE

I, Susan R. Allen, am over the age of 18 years, not a party to this action, and a citizen of the United States. My business address is 5670 Wilshire Boulevard, 11th Floor, Los Angeles, California 90036. On December 12, 1997, I caused to be served copies of the **STIPULATION EXTENDING DISCOVERY DEADLINES AND [PROPOSED] ORDER THEREON** by causing true and correct copies to be mailed thereof in sealed envelopes, postage prepaid, to:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 12, 1997

_____
Susan R. Allen

# SEC v. Michael W. Crow and Peter F. Kuebler
Case No. CV-96-1661 S (CGA)
United States District Court - Southern District of California
LA-734

## SERVICE LIST

James L. Sanders, Esq.  
Thomas M. Brown, Esq.  
Michael St. Denis, Esq.  
Sheppard, Mullin, Richter & Hampton LLP  
333 South Hope Street, 48th Floor  
Los Angeles, CA 90071  
TEL: (213) 620-1780  
FAX: (213) 620-1398  

Counsel to Defendant Michael W. Crow

Frank L. Johnson, Esq.  
Sheppard, Mullin, Richter & Hampton LLP  
501 West Broadway, 19th Floor  
San Diego, CA 92101-3505  
TEL: (619) 338-9100  

Co-Counsel to Defendant Michael W. Crow

Peter F. Kuebler  
616 Crest Drive  
Encinitas, California 92024  
TEL: (619) 753-9170  
TEL: (619) 597-3940  

Pro Se Defendant

David Wiechert, Esq.  
650 Town Center Drive, Suite 1900  
Costa Mesa, California 92626  
TEL: (714) 755-8075  
FAX: (714) 557-9655  

Courtesy Copy